In the Matter of REGINALD McFADDEN, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Discipli-nary Programs, Respondent.

Submitted June 16, 2014; decided September 4, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2). Motion for poor person relief dismissed as academic.